IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM BRACEY,** | : | CIVIL ACTION NO. 3:11-CV-2329 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MARIROSA LAMAS,** *et al.*, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 8th day of September, 2022, upon consideration of petitioner's motion (Doc. 26) for relief from judgment, the Third Circuit's January 20, 2021 decision vacating the previous denial of the motion and remanding for further consideration of the motion, see Bracey v. Superintendent Rockview SCI, 986 F.3d 274 (3d Cir. 2021), the stipulated record (Docs. 45, 48), and the parties' respective briefs in support of and opposition to said motion (Docs. 46, 47, 49), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 26) for relief from judgment is DENIED.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
